**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE APPLICATION OF USA PURSUANT TO 18 U.S.C. 3512 FOR 2703(d) ORDER FOR ONE DOMAIN NAME SERVICED BY NAMESILO | ML No. 22-1149 |

*Reference:   DOJ Ref. # CRM-182-73373; Subject Account: ekinomaniak.tv as it was assigned from November 13, 2017 until April 30, 2018 (associated with the IP address 82.118.242.139)*

**APPLICATION OF THE UNITED STATES
FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d)**

The United States of America, moving by and through its undersigned counsel, respectfully submits this *ex parte* application for an Order, pursuant to 18 U.S.C. §§ 2703(d) and 3512(a), and the Agreement between the United States of America and the Republic of Poland on the Application of the Treaty between the United States of America and the Republic of Poland on Mutual Legal Assistance in Criminal Matters signed 10 July 1996, pursuant to Article 3(2) of the Agreement on Mutual Legal Assistance Between the United States of America and the European Union signed at Washington 25 June 2003, Pol.-U.S., June 9, 2006, S. TREATY DOC. NO. 109-13 (2006) (hereinafter, the "Agreement"), to execute a request from the Republic of Poland ("Poland"). The proposed Order would require NameSilo ("PROVIDER"), an electronic communication service and/or remote computing service provider located in Phoenix, Arizona, to disclose certain records and other information pertaining to the PROVIDER account associated with ekinomaniak.tv as it was assigned from November 13, 2017 until April 30, 2018 (associated with the Internet Protocol ("IP") address 82.118.242.139), as set forth in Part I of Attachment A to the proposed Order, within ten days of receipt of the Order. The records and other information to be disclosed are described in Part II of Attachment A to the proposed Order.

In support of this application, the United States asserts:

## LEGAL BACKGROUND AND JURISDICTION

1. PROVIDER is a provider of an electronic communication service, as defined in 18 U.S.C. § 2510(15), and/or a remote computing service, as defined in 18 U.S.C. § 2711(2). Accordingly, the United States may use a court order issued under § 2703(d) to require PROVIDER to disclose the items described in Part II of Attachment A. *See* 18 U.S.C. § 2703(c)(2) (Part II.A of Attachment A); 18 U.S.C. § 2703(c)(1) (Part II.B of Attachment A).

2. Pursuant to the applicable treaty, this Court has jurisdiction to issue the proposed Order. *See* Agreement Annex art. 5(1) (authorizing courts to issue orders necessary to execute the request). In addition, this Court has jurisdiction to issue the proposed Order because it is "a court of competent jurisdiction," as defined in 18 U.S.C. § 2711. *See* 18 U.S.C. § 2703(d). Specifically, the Court "is acting on a request for foreign assistance pursuant to [18 U.S.C.] section 3512." 18 U.S.C. § 2711(3)(A)(iii); *see also* 18 U.S.C. § 3512(a)(2)(B) (court may issue "a warrant or order for contents of stored wire or electronic communications or for records related thereto, as provided under section 2703"); 18 U.S.C. § 3512(c)(3) ("application for execution of a request from a foreign authority under this section may be filed . . . in the District of Columbia").

3. Section 3512 provides:

> Upon application, duly authorized by an appropriate official of the Department of Justice, of an attorney for the Government, a Federal judge may issue such orders as may be necessary to execute a request from a foreign authority for assistance in the investigation or prosecution of criminal offenses, or in proceedings related to the prosecution of criminal offenses, including proceedings regarding forfeiture, sentencing, and restitution.

18 U.S.C. § 3512(a)(1). This application to execute Poland's request has been duly authorized

2

by an appropriate official of the Department of Justice, through the Criminal Division, Office of International Affairs,[1] which has authorized execution of the request and has delegated the undersigned to file this application. The undersigned has reviewed the request and has confirmed that it was submitted by authorities in Poland in connection with a criminal investigation and/or prosecution.

4. A court order under § 2703(d) "shall issue only if the governmental entity offers specific and articulable facts showing that there are reasonable grounds to believe that . . . the records or other information sought, are relevant and material to an ongoing criminal investigation." 18 U.S.C. § 2703(d). Accordingly, the next section of this application sets forth specific and articulable facts showing that there are reasonable grounds to believe that the records and other information described in Part II of Attachment A are relevant and material to an ongoing criminal investigation.

**RELEVANT FACTS**

5. Authorities in Poland are investigating unknown individuals for copyright infringement offenses, which occurred between November 13, 2017 and April 30, 2018, in violation of the criminal law of Poland, specifically, Article 166 of the Polish Copyright and Related Rights Act of 4th February 1994. A copy of the applicable law is appended to this application. The United States, through the Office of International Affairs, received a request from Poland to provide the requested records to assist in the criminal. Under the Agreement, the United States is obligated to render assistance in response to the request.

---

[1] The Attorney General, through regulations and Department of Justice directives, has delegated to the Office of International Affairs the authority to serve as the "Central Authority" under treaties and executive agreements between the United States and other countries pertaining to mutual assistance in criminal matters. *See* 28 C.F.R. §§ 0.64-1, 0.64-4, and Appendix to Subpart K, Directive Nos. 81B and 81C (2018).

6.      According to authorities in Poland, a Polish broadcasting company (the "victim company") discovered that between November 13, 2017 and April 30, 2018, unknown individuals (the "suspects") made two television show series available on the domain ekinomaniak.tv such that they could be viewed and streamed by the public. At the time, the victim company held the exclusive copyrights for the two shows, which were named "Belfer" and "Kruk, Szepty Słychać Po Zmroku" and consisted of many episodes. The suspects operating the domain ekinomaniak.tv did not have permission from the victim company to stream the shows. Specifically, the show "Belfer" was available to the public on the domain ekinomaniak.tv from November 13, 2017 until December 22, 2017, while the show "Kruk, Szepty Słychać Po Zmroku" was available to the public on the domain ekinomaniak.tv from April 6, 2018 until April 30, 2018. The victim company estimates a loss in revenue of approximately PLN 29,839,454 (approximately USD 8,653,442 in April 2018) as a result of the suspects' actions.

7.      According to Polish authorities, between November 13, 2017 and April 30, 2018, the domain ekinomaniak.tv was registered with PROVIDER and was associated with the IP address 82.118.242.139. As a result, Polish authorities seek records from PROVIDER in an effort to locate and identify the suspects as well as determine the nature and scope of the suspects' criminal activities.

**REQUEST FOR ORDER**

8.      The facts set forth above show that there are reasonable grounds to believe that the records and other information described in Part II of Attachment A are relevant and material to an ongoing criminal investigation. Specifically, these items will help authorities in Poland identify and locate the individual(s) who are responsible for the criminal activity under

investigation, and to determine the nature and scope of that criminal activity. Accordingly, the United States requests that PROVIDER be directed to produce all items described in Part II of Attachment A to the proposed Order within ten days of receipt of the Order.

          Respectfully submitted,

          VAUGHN A. ARY
          DIRECTOR
          OFFICE OF INTERNATIONAL AFFAIRS
          OK Bar Number 12199

By: _____
          Martyna Pospieszalska
          Trial Attorney
          NY Bar Number 5018528
          Office of International Affairs
          Criminal Division, Department of Justice
          1301 New York Avenue, N.W., Suite 300
          Washington, D.C. 20530
          (202) 598-8012 telephone
          (202) 514-0080 facsimile
          Martyna.Pospieszalska@usdoj.gov

**Relevant Provision of the Polish Copyright and Related Rights Act of 4th February 1994**

**Article 116**
**Section 1.**  Anyone who distributes another's work without authorization or contrary to its terms in original version or in the form of elaboration, artistic performance, phonogram, videogram or broadcast, is subject to a fine, penalty of limitation of freedom or that of imprisonment for up to two years.